UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                            Criminal No. 20-mj-30219

Marcus Norwood,

    Defendant.

**STIPULATION FOR MODIFICATION
OF DEFENDANT'S CONDITIONS OF RELEASE**

The United States of America and defendant, Marcus Norwood, hereby stipulate and agree to the following:

1. On July 1, 2020, he made his initial appearance on the Complaint and was released on bond. The Court ordered the defendant to participate in home detention and submit to active GPS monitoring as conditions of his bond. (ECF No. 9). The home detention was later modified, based on the stipulation of the parties, to continue active GPS monitoring with a curfew as directed by the Pretrial Services Office. (ECF No. 15).

2. The parties agree to a further modification of the defendant's bond conditions to remove location monitoring and the curfew. The Pretrial Services

Office reports that the defendant has been in compliance with his bond conditions and does not object to this modification. There are no other modifications to his bond conditions.

WHEREFORE, the parties request this Court to issue an order modifying the defendant's bond conditions to remove the location monitoring and curfew.

MATTHEW SCHNEIDER
United States Attorney

| | |
|---|---|
| *s/Thomas Franzinger* | *s/Byron Pitts* (w/consent) |
| Thomas Franzinger | Byron Pitts |
| Assistant United States Attorney | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 500 Griswold St., Ste 2435 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| Thomas.franzinger2@usdoj.gov | bpittslaw@sbcglobal.net |
| (313) 226-9774 | (313) 964-0066 |

Dated: November 30, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.                                 Criminal No. 20-mj-30219

Marcus Norwood,

    Defendant.

---

**ORDER MODIFYING CONDITIONS OF RELEASE**

---

    This matter coming before the Court on the stipulation of the government and defendant Marcus Norwood, for the reasons stated in the stipulation, the Court orders that the defendant's conditions of release are modified to remove location monitoring and the curfew as directed by the Pretrial Services Office.

                                              s/David R. Grand
                                              HON. DAVID R. GRAND
Entered: 12/2/20                      United States Magistrate Judge