UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

v.            Case No. 2:20–mj–30219–DUTY

Marcus Norwood,

       Defendant(s),

## ORDER GRANTING LEAVE TO DISMISS COMPLAINT WITHOUT PREJUDICE

This matter coming before the Court on the Government's motion, with notice having been provided to the defense, for the reasons stated in the Government's motion, the Court grants the Government leave to dismiss the complaint against Marcus Norwood.

Accordingly, it is hereby ordered that the Complaint against Marcus Norwood be dismissed without prejudice, and that the Appearance Bond, if any, and the Order Setting Conditions of Release be cancelled.

            s/Patricia T. Morris
            Patricia T. Morris
            U.S. Magistrate Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

          By: s/K Castaneda
            Case Manager

Dated: January 26, 2021